**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00477-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRY J. HARVEY,

    Defendant.

---

**MINUTE ORDER**[1]

---

On September 12, 2012, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing. After conferring with counsel, and with their consent,

**IT IS ORDERED** that on **October 24, 2012**, at 11:00 a.m., the court shall conduct the revocation of supervised release hearing. At this time counsel and the defendant shall be present without further notice or order from the court.

Dated: September 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.